IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-248-MOC-DSC

| | |
|---|---|
| SANDRA L. ANGLIN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| AMERICOLD LOGISTICS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Application for Admission to Practice *Pro Hac Vice* [of Dion Y. Kohler]" (document #6). For the reasons stated therein, the Motion is  granted.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 21, 2011

David S. Cayer
United States Magistrate Judge